**BANK-FUND STAFF FEDERAL CREDIT UNION**

FILED
2009 AUG 19 P 2: 31
CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

August 17, 2009

Gordon P. Peyton
Redmond, Peyton & Braswell
510 King Street, #301
Alexandria, VA 22314

Subject: Bankruptcy Case #09-13816-SSM
Nina R. Perez

Dear Mr. Peyton:

Trustee Richard A. Bartl abandoned the 2006 BMW and the 2004 Honda being financed by Bank-Fund Staff Federal Credit Union. After the hearing you stated she would be returning one of the automobiles and continue paying on the other one. As of this date we have not heard her decision or received any payment towards either loan.

Could you please let us know on the above matter? I can be reached at 202-212-6543 or email reshelton@bfsfcu.org

Sincerely,

Ronald E. Shelton
Collections Manager


Cc: Attorney Richard A. Bartl
    700 South Washington Street
    Suite #216
    Alexandria, VA 22314

Clerk of the Bankruptcy Court
William C. Redden
200 South Washington Street
Alexandria, VA 22314

1750 H Street NW, Washington DC 20006    202 458 4350    202 676 9003/4
MAILING ADDRESS 1750 H Street NW · Suite 200 · Washington DC 20006